## JOHN GHOLSTON v. THE STATE.

1. An indictment for the wilfull killing of a horse (Paschal's Digest, Art. 2344) will not be supported by proof of the killing of a gelding.

APPEAL from Davis. Tried below before the Hon. C. T. Garland.

The charge of the court below was to the effect that evidence of the killing of any animal of the horse kind would support the indictment. The charge asked by the defendant, but refused by the court, was the converse of that given to the jury.

The defendant was found guilty, and a fine of one hundred and eighty dollars was assessed against him.

No briefs have reached the Reporter.

WALKER, J.—This court has heretofore held that a gelding is not a horse—and that an indictment which charges the malicious killing of a horse will not be supported by proof of the killing of a gelding, is the legal sequence. The charge of the court below was erroneous, and there was error in refusing the charge requested by the defendant's counsel.

The judgment is reversed and the case dismissed.

Reversed and dismissed.